2013-Ohio-4648.
O'DONNELL, J., dissents.

**2014–0573.  State v. Brandt.**
Montgomery App. No. 25886. On motion for delayed appeal. Motion denied.

**2014–0575.  State v. Jackson.**
Washington App. No. 12CA16, 2013-Ohio-2628. On motion for delayed appeal. Motion denied.

**2014–0579.  State v. Brown.**
Mahoning App. No. 11 MA 117, 2013-Ohio-5528. On motion for delayed appeal. Motion denied.
PFEIFER and LANZINGER, JJ., dissent.

**2014–0581.  State v. Howard.**
Cuyahoga App. No. 99535, 2013-Ohio-5125. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2014–0584.  State v. Carman.**
Cuyahoga App. No. 99463, 2013-Ohio-4910. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2014–0585.  In re A.C.**
Ashtabula App. No. 2013–A–0024, 2014-Ohio-640. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and O'DONNELL and LANZINGER, JJ., dissent.

**2014–0591.  State v. Love.**
Marion App. No. 9–13–09, 2014-Ohio-437. On motion for delayed appeal. Motion denied.
PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–0600.  State v. Devore.**
Richland App. No. 13CA109. On motion for delayed appeal. Motion denied.
PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–0604.  State v. Wilson.**
Ross App. No. 12CA3354, 2014-Ohio-293. On motion for delayed appeal. Motion denied.
LANZINGER and KENNEDY, JJ., dissent.

**2014–0620.  In re K.C.**
Hamilton App. No. C–130795.
On motion to stay implementation of court of appeals' decision. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.